## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 06-13047 GMB

Debtor: Robert Diggs

| Check Number | Creditor | Amount |
|---|---|---|
| 1722055 | NCO Financial Systems, Inc. | 667.40 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 15, 2011