UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-13047 GMB

Debtor: Robert Diggs

| Check Number | Creditor | Amount |
|---|---|---|
| 1722053 | NCO Financial Systems, Inc. | 1592.62 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 15, 2011